ACCEPTED
01-15-00784-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/29/2015 3:38:48 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00784-CV

---

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/29/2015 3:38:48 PM
CHRISTOPHER A. PRINE
Clerk

---

**In the Interest of E.S.R.**

---

On Appeal from the Probate Court No. 4
Cause No. I-218340, Hon. Christine Butts, Presiding

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

---

E.S.R., Appellant, respectfully files this Unopposed Motion for an Extension of Time to File Appellee's Brief and in support respectfully states as follows:

1. The Probate Court No. 4 of Harris County, Texas entered Judgment and Order to Administer Psychoactive Medication in this case on September 3, 2015.

2. Appellant filed his notice of appeal on September 8, 2015.

3. On September 14, 2015, Teresa Scardino was discharged as Attorney of Record for E.S.R., and Michael Scott Thomas was substituted in as Attorney of Record for E.S.R.

4. The Clerk's Record was filed on September 10, 2015. The Supplemental Clerk's Record was filed on September 22, 2015.

5. The Reporter's Record was due to be filed on September 18, 2015. On September 22, 2015, the Court Reporter's request for an extension of time to file the

- 1 -

reporter's record was granted. The Reporter's Record was filed on October 12, 2015.

6.      The Appellant's Brief was originally due on November 2, 2015. Appellant filed its Motion for Extension of Time to File Appellant's Brief and Appellant's Brief on October 30, 2015.

7.      The Appellant respectfully requests that the Court grant a 14-day extension of time for filing its brief, that is, until and including November 16, 2015.  Appellant needs this extension of time because the undersigned appellate counsel for Appellant has and will be required to devote substantial time to the following matters in addition to other case responsibilities before the brief is due:

        a.      Counsel for Appellant was in jury trial in Cause No. 419,853, In the Estate of Aaron Johnson, Jr., Probate Court No. 2; Harris County, Texas on October 1-13, 2015; and

        b.      Appellant would show that his counsel has been scheduled for the Mental Health Docket, Probate Court No. 4, Harris County, Texas, for the period of October 29, 2015-November 9, 2015.  Counsel for Appellant is representing approximately over one hundred individuals who have been involuntarily committed to psychiatric facilities at various hospitals throughout Harris County, Texas.

8.      Because of the above-referenced commitments, Appellant's counsel will have insufficient time to devote to preparation of the brief before the November 2, 2015 deadline.

9.      Counsel for Appellant has consulted with the Counsel for Appellee, and he does not oppose this motion.

10.     This motion is not being brought for delay, but so that justice may be done.

Dated:  October 29, 2015

Respectfully submitted,

**THOMAS & WILLIAMS, L.L.P.**

/s/ Michael Scott Thomas_____
**MICHAEL SCOTT THOMAS**
State Bar No. 19861200
2626 S. Loop West, Suite 561
Houston, Texas 77054
(713) 665-8558
(713) 665-8562-Facsimile
mstlawyer@aol.com

**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

The undersigned spoke to Attorney Keith Toler, Counsel for Appellee, on October 27, 2015, and he is unopposed to the relief requested in this Motion.

/s/ Michael Scott Thomas_____
**MICHAEL SCOTT THOMAS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served at Keith.Toler@cao.hctx.net to Mr. Keith A. Toler, Assistant County Attorney, 1019 Congress, 15th Floor, Houston, Texas 77002 on the ___day of October, 2015.

/s/ Michael Scott Thomas_____
**MICHAEL SCOTT THOMAS**